IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

        Plaintiff,                    No. CIV S-07-2259 FCD EFB P

    vs.

G. DUDLEY, et al.,

        Defendants.         ORDER

                                   /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. By order filed February 11, 2008, the court dismissed plaintiff's complaint with leave to amend. On March 3, 2008, plaintiff filed a request for an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b). On March 11, 2008, plaintiff filed his amended complaint. On March 17, 2008, plaintiff filed a supplement to that complaint.

       Plaintiff's March 3, 2008, request for extension of time is granted and plaintiff's amended complaint is deemed timely filed.

       The court finds that, for the limited purposes of § 1915A screening, the amended complaint, together with the supplement, states a cognizable claim for relief against defendant Dudley pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

////

Accordingly, it hereby is ordered that:

1. Service is appropriate for defendant Dudley .

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and one copy of the March 11 and March 17 pleadings.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and two copies of the endorsed March 11 and March 17 pleadings.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant Dudley pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  April 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

        Plaintiff,                No. CIV S-07-2259 FCD EFB P

    vs.

G. DUDLEY,

        Defendants.        <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      <u> 1 </u>    completed summons form

      <u>    </u>    completed forms USM-285

      <u> 2 </u>    copies of the _____
                              First Amended Complaint and Supplement

Dated:

                                                                  Plaintiff