IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

      Plaintiff,                      No. CIV S-07-2259 FCD EFB P

      vs.

G. DUDLEY, et al.,

      Defendants.          ORDER

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b). Plaintiff opposes the request.

      Good cause appearing, defendants' July 11, 2008, request is granted and defendants have 45 days from the date this order is served to file and serve a response to the complaint.

      So ordered.

Dated: July 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE