IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

    Plaintiff,                            No. CIV S-07-2259 FCD EFB P

    vs.

G. DUDLEY, et al.,

    Defendants.                   ORDER

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve his opposition to defendants' September 8, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's September 15 and 17, 2008, requests are granted and plaintiff has 45 days from the date this order is served to file an opposition brief to the motion to dismiss.

    So ordered.

Dated: October 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE