IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

       Plaintiff,                No. 2: 07-cv-2259 FCD KJN P

      vs.

G. DUDLEY,

       Defendant.         ORDER

_____/

         Defendant has filed a request for an extension of time from January 19, 2011, to February 1, 2011, to file objections to the findings and recommendations filed December 29, 2010.  Good cause appearing, IT IS HEREBY ORDERED that:

         1.  Defendant's January 18, 2011 motion for extension of time (Dkt. No. 88) is granted;

         2.  Defendant's objections to the December 29, 2010 findings and recommendations are due on or before February 1, 2011.

DATED:  January 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fra2259.eot

1