UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANE FRANKLIN,<br><br>        Plaintiff,<br><br>   v.<br><br>G. DUDLEY,<br><br>        Defendant. | No. 2: 07-cv-2259 KJM KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 30, 2011, judgment was entered for defendant. (ECF No. 96.) On June 1, 2012, the Ninth Circuit Court of Appeals dismissed plaintiff's appeal. (ECF No. 110.)

      Pending before the court is plaintiff's motion for clarification of filing fees.  (ECF No. 109.)  Plaintiff alleges that the California Department of Corrections and Rehabilitation ("CDCR") has incorrectly deducted $1260 in filing fees for this action from plaintiff's trust account.  Plaintiff alleges that he only owes the $350 filing fee.

      Attached as an exhibit to plaintiff's pending motion is a document titled "Inmate Obligations Report."  (Id. at 14.)  This document indicates that plaintiff was charged the $350 filing fee and two $455 filing fees for each of the two appeals he filed during the course of this action. (Id.)  Therefore, plaintiff was properly charged $1260 in filing fees for this action.

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification of filing
2  fees (ECF No. 109) is deemed resolved.
3  Dated: October 29, 2014

5  Frank2259.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE